**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF HELEN C. CITINO | : No. 718 MAL 2019 |
| | : |
| | : |
| | : |
| PETITION OF: ROBERT R. LETO AND | : Petition for Allowance of Appeal |
| NANCY BARONE KRIBBS | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.